# EXHIBIT B

| Claim # | Claim Language US 10,133,888 | Siemens SIMATIC RF600 Series RFID Systems |
|---|---|---|
| 1 | A positioning system, comprising: | To the extent the preamble is limiting, the Siemens SIMATIC RF600 Series RFID Systems is a positioning system. Siemens builds digital infrastructure, including important elements such as UHF RFID Systems.  One such system is the SIMATIC RF600, which is an integrated portfolio of readers, antennae, and tags. https://support.industry.siemens.com/cs/attachments/109766341/SIMATIC_RF600-EN.pdf |

Siemens describes that RF600 Series RFID Systems are intended for use in logistics and automation.

### 3.1    Properties of the UHF readers

**Area of application**

The UHF readers SIMATIC RF650R, RF680R and RF685R are intended for use in logistics and in automation. The RF680R and RF685R readers are intended for use in automation environments, for example on a production line but are equally suitable for applications in logistics. To meet these requirements, the readers were equipped with a high transmit power and degree of protection (IP65). For applications in logistics with less demanding requirements relating to the protection class and transmit power, the RF650R reader is a cost-effective alternative. All readers are equipped with extensive diagnostics options and can process ISO 18000-6C and ISO 18000-6B transponders.

The RF685R has one special feature with its internal, adaptive antenna. This significantly increases the reliability of read and write actions even under difficult radio conditions.

The RF680R and RF685R readers are either integrated without problems in SIMATIC S7 automation systems via an integrated PROFINET connector or via the RS-422 interface and the ASM 456 communications module via PROFIBUS. Suitable programming blocks are available. The connection to PC environments is via Ethernet using TCP/IP and the XML protocol. A second Ethernet interface (both M12) can be used for diagnostics during operation so that the connection to the higher-level system does not need to be interrupted.

The RF650R has one Ethernet interface (RJ-45). This is used both to connect to PC systems as well as for configuration and diagnostics and it can also be used during operation. Higher-level software communicates with the reader using TCP/IP and the XML protocol.

The WBM (Web Based Management) allows commissioning, configuration and diagnostics of all three devices using an Internet browser. This makes additional updates and installation of configuration and diagnostics software unnecessary.

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

| 1a | a plurality of antenna units mounted in different places to read data from storage mediums each having a storage unit for storing data and a communicating antenna for transmission of the data stored in the storage unit, by using radio waves having different polarization directions; | The Siemens SIMATIC RF600 Series RFID Systems comprises a plurality of antenna units mounted in different places to read data from storage mediums each having a storage unit for storing data and a communicating antenna for transmission of the data stored in the storage unit, by using radio waves having different polarization directions. The Siemens SIMATIC RF600 Series RFID Systems comprise a plurality of antenna units as described in the characteristics that distinguish model numbers within the product lineup. |
|---|---|---|

**Characteristics**

plurality of antenna units

The following characteristics distinguish the SIMATIC RF650R, RF680R and RF685R UHF readers:

Table 3- 1     Characteristics of the readers

| Characteristics | RF650R | RF680R | RF685R |
|---|---|---|---|
| Antennas | 4 x external antenna connectors | | 1 x internal, adaptive antenna<br>1 x external antenna connector |
| Transmit power | 1000 mW | 2000 mW | |
| Digital inputs/outputs | 4 x digital inputs and 4 x digital outputs | | |
| RS-422 interface | -- | 1 x plug M12 8-pin | |
| PROFIBUS connection via CM | -- | ASM 456<br>(115.2 kbps) | |
| Ethernet interface | 1 x Industrial Ethernet, RJ-45 (TCP/IP with XML protocol) | 2 x Industrial Ethernet, M12 (TCP/IP with XML protocol or PROFINET) | |
| Max. transmission speed | 100 Mbps | 100 Mbps | |
| Degree of protection | IP30 | IP65 | |
| Configuration/diagnostics options | WBM (browser) | WBM (browser)<br>STEP 7 (S7) | |
| Interfaces to PC/controller | XML interface | XML interface<br>SIMATIC interface | |

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

Siemens explains how to integrate the readers with multiple antenna units and describes how to connect the readers to antennas in a variety of environments.





Figure 3-4    RF685R in an IT environment, without external antenna

All 3 readers can be integrated in an IT environment (XML). The RF68xR readers can be integrated both in an IT and in an automation environment (S7).

The RF685R reader can also be operated without external antennas.

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

The RF600 readers have variable antenna polarization resulting in time savings and project cost reduction.

| | | |
|---|---|---|
| | |  https://smartfactory.ie/wp-content/uploads/2016/01/Technical-slides-RF600-EN.pdf at page 20. |
| 1b | a control unit connected to each antenna unit, for controlling each antenna unit to sequentially change radiation characteristics of each antenna unit; | The Siemens SIMATIC RF600 Series RFID Systems comprises a control unit connected to each antenna unit, for controlling each antenna unit to sequentially change radiation characteristics of each antenna unit. |

| | | |
|---|---|---|
| | | The Siemens SIMATIC RF600 Series RFID Systems includes a manual that explains how to configure the characteristics of each antenna unit. To control the units, Siemens includes a Web Based Management ("WBM") system. |



This section is intended for both S7 and XML users (RF650R/RF680R/RF685R).

The RF650R, RF680R and RF685R readers are equipped with a Web server that provides a Web Based Management (WBM) for configuring the reader. The connection is via Ethernet. Settings such as transmit power, number and type of the antennas etc. can be made with the WBM. This can be called up using a Web browser such as the Microsoft Internet Explorer, Mozilla Firefox or Google Chrome.

**6.1    Starting WBM**

control unit

**Requirement**

The reader is connected, turned on and ready for operation ("RS" LED is lit or flashing green) and the relevant reader has been assigned an IP address.

To achieve a good workflow with the WBM, we recommend that you use a PC that meets the following minimum requirements:

- CPU: DualCore with 3 GHz
- RAM: 2 GB

You can start the WBM with the following Web browsers: Microsoft Internet Explorer V9 or higher, Mozilla Firefox V30 or higher and Google Chrome V36 or higher. The user interface of the WBM is designed for a screen resolution of 1366 x 786 pixels.

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

The Siemens SIMATIC RF600 Series RFID Systems describe how antennas may be adjusted to optimize antenna alignment.

At the left top edge of the WBM there is a the login and menu tree. Below the login/logout area, there are various menu items. The currently selected menu item is highlighted in dark blue.

The following table provides an overview of the menu items and the functions they provide.

Table 6- 2    The menu structure of the WBM

| Menu items | | Functions |
|---|---|---|
| Start page | | • System overview<br>• Viewing device-specific information<br>• Entering customer-specific plant designation |
| Settings | | |
| | General | • Selecting a country profile and channels<br>• Enabling/disabling categories of log events |
| | Read points | • Defining read points and assigning antennas<br>• Specifying antenna parameters<br>• Setting algorithms to improve reading quality<br>• Assigning tag fields<br>• Assigning filters<br>• Setting triggers |
| | Tag fields | • Creating and editing tag fields |
| | Filters | • Creating and editing filters |
| | Digital outputs | • Setting the behavior of digital outputs |
| | Communication | • Making communications settings |
| | Adjust antennas | • Optimization of the antenna alignment |
| | Activation power | • Detect activation power |
| Diagnostics | | |
| | Tag monitor | • Displaying the read quality<br>• Overview of the identified transponders |
| | Log | • Overview of the log entries |
| | Messages | • Overview of the messages of the WBM |

control of antennas

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

*Configuring with the WBM*

*6.3 The menu items of the WBM*

### 6.3.3    The "Settings - Read points" menu item

In the "Settings - Read points" menu, up to four logical read points can be defined depending on the reader type. A logical read point is, for example, an incoming goods gate in logistics or a machine infeed on a production line. A read point, on the other hand, can be assigned one or more antennas required to cover the identification area of the read point.

The settings are structured identically for each read point and divided into the following 6 areas:

- Read point name
- Assigned antennas
- Algorithms
- Tag fields
- Filters
- Trigger

---

**Note**

**Parallel operation of read points**

Note that simultaneous read/write/inventory access to multiple read points leads to delays. The length of the delay depends on the time required for the command and the number of commands.

---

The icon in the Read point tab shows how many antennas are assigned to the particular read point.

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf



*Configuring with the WBM*

*6.3 The menu items of the WBM*

Table 6- 6    Description of the antenna parameters       control of antennas

| Parameter | Description | | |
|---|---|---|---|
| Description | Input box for storing device-specific information. For example, the location of the antenna | | |
| Radiated power | Basic radiated power that the antenna outputs. Note: The unit (ERP/EIRP) depends on the selected radio profile. The two input boxes are linked together. If the value in one of the input boxes is changed, the value of the other input box will be adapted automatically. The actual radiated power emitted may be lower due to other components and/or parameters. | | |
| | Value range | 5 ... 33/36 dBm | 3 ... 2000/4000 mW |
| | Increment | 0.25 dBm | -- |
| Gain | The antenna gain affects the actual radiated power. The gain of an antenna describes how much of the power fed in can be converted in the air and depends on the antenna being used. Here, you can either select an antenna based on its name or enter the value of the antenna gain of an antenna being used directly. | | |
| | Value range | -15 ... 15 dBi | |
| | Increment | 0.25 dBi | |
| Cable loss | The cable loss affects the actual radiated power. The cable loss depends on the cable being used. Here, you can either select a cable based on its name or enter the value of the cable loss of a cable being used directly. | | |
| | Value range | 0 ... 63.75 dB | |
| | Increment | 0.25 dB | |
| Apply parameters to all antennas | Button that transfers the entered values (radiated power, gain, cable loss) of this antenna to all other antennas. | | |
| Effective radiated power | The actual radiated power is made up of the transmit power emitted by the reader, the cable loss and the antenna gain. It is possible that the target value for the radiated power is never reached in reality due to the use of long cables and antennas with low gain. Note: The unit (ERP/EIRP) depends on the selected radio profile. | | |

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

| | | |
|---|---|---|
| | | *Configuring with the WBM*<br>*6.3 The menu items of the WBM*<br><br>| Parameter | Description |<br>\|---\|---\|<br>\| Input attenuation \| The input attenuation weakens the strength of received transponder signals at the reader input. Increasing the attenuation means that received weak transponder signals are no longer identified by the reader. This attenuation applies both to transponder responses as well as to signals of neighboring readers. Adapting this parameter helps to reduce disruptions caused by neighboring readers and transponder populations. \|<br><br>Value range: 0 ... 31.75 dB<br>Increment: 0.25 dB<br><br>Polarization — The polarization indicates the alignment of the waves of the antenna and depends on the antenna being used. Most antennas have an unchangeable polarization.<br><br>The polarization of the internal antenna of the RF685R reader can be set. If you use the internal antenna of the RF685R reader, you also need to enable the required polarization using the corresponding check box. If more than one check box is selected, the polarization is changed with each inventory. This increases the probability of identification in difficult radio conditions but does, however, increase the access time (time required for the additional inventories).<br><br>**changing polarization of antennas using WBM**<br><br>https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf |
| 1c | an antenna switch unit for selectively driving the antenna units in accordance with a | The Siemens SIMATIC RF600 Series RFID Systems comprise an antenna switch unit for selectively driving the antenna units in accordance with a control instruction from the control unit to transmit the radio wave having desired polarization directions |

| | |
|---|---|
| control instruction from the control unit to transmit the radio wave having desired polarization directions according to each antenna unit by switching the antenna units; and | according to each antenna unit by switching the antenna units.<br><br>The Siemens WBM system provides for algorithms which may be used to control the antennas based on the environment or challenging conditions.<br><br>**Algorithms**<br><br>Compared with other frequency bands (LF, HF), UHF RFID has the following special properties:<br><br>• Large distances in the range of several meters,<br><br>• Reflection of the waves on metal surfaces,<br><br>• Region-dependent bandwidth restricted by regulations<br><br>In conjunction with the fact that electromagnetic waves in the UHF range are not visible, this often leads to unwanted or incomprehensible responses in UHF systems. Typical, simple examples include:<br><br>• Not everything is read or even nothing is read.<br><br>• Reading works but writing does not.<br><br>• Transponders are identified that should not be identified at all.<br><br>There are often simple explanations for these responses and therefore usually also solutions. Algorithms are additional functions that help you to achieve the required functionality even in difficult radio conditions. The following environmental conditions are possible causes of this response:<br><br>• There are several readers in a restricted space, e.g. every 3 to 5 meters along a production line (high reader density).<br><br>• The objects to be identified or the transponders are close together (the distance from each other is less than the antenna field).<br><br>• There is a lot of metal in the environment (e.g. production environment with metallic conveyor technology, loading doors with metal ramps)<br><br>• The objects to be identified are on a metal surface.<br><br>https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf |

Specific algorithms are described in detail in the WBM manual.

Table 6-7    Description of the algorithms

| Algorithm | Description |
|---|---|
| Smoothing | This algorithm ensures that only transponders that could be identified often enough will be reported as "reliably identified". Transponders that only appear briefly in the antenna field (e.g. due to overshoot) are filtered out. |
| Observed Count | The value specifies how often a transponder needs to be identified before it is reported as "reliably identified" (observed). When entering the value "1", the transponder changes to the status "observed" during the first recognition. The "Glimpsed" event as well as the "Observed" event are generated in the process. |
| Lost Count | The value specifies how often a transponder reported as "reliably identified" (observed) may no longer identified by cyclic inventories before it is reported as being "not identified" (lost). The value "0" indicates that the lost event is generated at the same time as the observed event. If you enter the maximum value "65535", transponders are never reported as "not identified" (lost). |

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

For instance, the Read/Write Power Ramp algorithm selectively drives the antennas with increased radiation power.

*Configuring with the WBM*

*6.3 The menu items of the WBM*

| Algorithm | Description |
|---|---|
| Read/Write Power Ramp | The effect of this algorithm is to ensure that there is enough power available when executing a command (Read, Write, Lock, Kill command). If a command fails to execute, it is repeated with an increased radiated power. The radiated power is increased step-by-step until the power is adequate to execute the command or until the specified maximum value is reached.<br><br>If a value is entered only for "Boost" and not for "Boost max", only write access with increased power are performed. If the value = 0 is entered for both parameters, there are no power increases for write/read access.<br><br>Note: With the "READ" command, there is no "initial boost". The power currently set by the panel around is used as the output power (current).<br><br>① WRITE → initial Boost<br>② WRITE failed ⇒ Boost |
| Boost [dB] | The value specifies by how many dB the radiated power is increased in each step. |
| Boost max [dB] | The value specifies by how many dB the radiated power can be increased as maximum. |

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF6

50R-RF680R-RF685R_76_en-US.pdf

In addition, the RSSI Delta algorithm is used to take inventories by reporting the strongest transponders.

Configuring with the WBM
6.3 The menu items of the WBM

| Algorithm | Description |
|---|---|
| RSSI Delta | The effect of this algorithm is that from a number "x" of identified transponders, only the "strongest" are reported. Transponders will only be reported as "reliably identified" if their RSSI value is at least as high as the RSSI value of the best identified transponder minus the RSSI Δ value.<br><br>This algorithm is used only when taking inventories, for example with the XML commands "readTagIDs" and "readObservedTagIDs" and in the "presence mode" with PROFINET.<br><br> |
| RSSI Delta | The value specifies the maximum RSSI difference of the transponder compared with the highest RSSI value. |

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

The Siemens WBM system explains how the algorithms work together to selectively

drive the antennas.



Figure 6-7 Sequence of the algorithms

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

Polarization is one of the data types in the RSSI events field.

*6.3 The menu items of the WBM*

**RSSI events**

RSSI events provide information about the signal strength of the transponder responses. The number of these events is significantly higher than that of the tag events and they are sent per identification (inventory) and in some cases even per antenna. This results in a precise series of events during the identification process, however it leads to a lot of data traffic particularly if large numbers of transponders are passing through the antenna field. For this reason, we recommend that you only activate RSSI events when diagnostics is necessary.

The following additional data of the RSSI events can be configured:

Table 6- 17    Description of the event data "RSSI events"

| Data | Description |
|---|---|
| utcTime | Time of the event |
| antennaName | Name of the antenna that identified the transponder. |
| rSSI | Signal strength of the transponder |
| power | Radiated power of the antenna |
| tagPC | Protocol Control Word |
| | You will find further information in the "EPCglobal Specifications". |
| tagExtPC | Extended Protocol Control Word |
| | You will find further information in the "EPCglobal Specifications". |
| channel | Channel with which the transponder was read. |
| polarization | Polarization of the antenna |

polarization

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

As an example, the RF685R device within the RF600 family is capable of adapting polarization to achieve reliable communication in the air.



https://smartfactory.ie/wp-content/uploads/2016/01/Technical-slides-RF600-EN.pdf at page 12.

Similarly, other devices within the RF600 family are capable of changing polarization to ensure reliable communication.



https://smartfactory.ie/wp-content/uploads/2016/01/Technical-slides-RF600-EN.pdf
at page 13.

Siemens explains how different model numbers within the RF600 family have switchable antenna polarization capabilities.

| | | |
|---|---|---|
| | | **SIMATIC RF600**<br>Features & performance — **SIEMENS**<br><br><br><br>https://smartfactory.ie/wp-content/uploads/2016/01/Technical-slides-RF600-EN.pdf at page 37. |
| 1d | a positioning unit for calculating the position of each storage medium on the basis of strengths of signals, the strengths of the signals being obtained as a result of read operations of the data stored in | The Siemens SIMATIC RF600 Series RFID Systems comprise a positioning unit for calculating the position of each storage medium on the basis of strengths of signals, the strengths of the signals being obtained as a result of read operations of the data stored in the storage mediums, by using radio waves having different polarization directions, while having each antenna unit sequentially change its radiation characteristics. |

| | the storage mediums, by using radio waves having different polarization directions, while having each antenna unit sequentially change its radiation characteristics. | The antennas may be optimized in the WBM settings in order to optimize antenna alignment.<br><br>**6.3.8   The "Settings - Adjust antenna" menu item**<br><br>In the "Settings - Adjust antenna" menu item, you can optimize the antenna alignment. This page is divided into 3 areas:<br><br>• Basic settings<br>• Transponder list<br>• RSSI display<br><br><br><br>Figure 6-15   The "Settings - Adjust antenna" menu item<br><br>**Procedure for optimizing the antenna alignment** |

Procedure for optimizing the antenna alignment

Note

Do not optimize the antenna alignment during operation

We recommend that you do not optimize (▶) the antenna alignment during operation since this can disturb operation (S7/XML application). Optimize the antenna alignment prior to putting the system into operation.

① Select the required antenna and start measuring the RSSI values.

② Select a transponder from the list.

③ Adjust the antenna until you obtain the highest possible RSSI value.

https://cache.industry.siemens.com/dl/files/946/105799946/att_867344/v1/PH_RF650R-RF680R-RF685R_76_en-US.pdf

The RF600 series devices provide feedback about the impact of antenna position and orientation.  The tag signal strength is displayed on an LED Panel.

https://smartfactory.ie/wp-content/uploads/2016/01/Technical-slides-RF600-EN.pdf
at page 10.

The effect of the adjustment of an antenna is shown graphically on the provided user interface.



https://smartfactory.ie/wp-content/uploads/2016/01/Technical-slides-RF600-EN.pdf
at page 11.